Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Clever Being, LLC |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Elite Horticulture <br> DBA  Elite Horticulture Services <br> DBA  Hot Lots <br> DBA  Terreworks <br> DBA  Terreworks Landscaping <br> DBA  Terreworks Landscaping Services |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 86-1437828 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **705 Industry Drive** <br> **Seattle, WA 98188** <br> Number, Street, City, State & ZIP Code <br><br> **King** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **44800 SE North Bend Way North Bend, WA 98045** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | www.terreworks.com |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Clever Being, LLC** _Name_     Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | **Clever Being, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
         Contact name
         Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Clever Being, LLC** _____ Case number (*if known*)_____
         Name

|  | |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Clever Being, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 1, 2025**
MM / DD / YYYY

X **/s/ Kristin Waks**                                  **Kristin Waks**
Signature of authorized representative of debtor        Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Jennifer L. Neeleman**                          Date **August 1, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**Jennifer L. Neeleman 37374**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone **(425) 212-4800**    Email address **courtmail@expresslaw.com**

**37374 WA**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5
Case 25-12154-CMA    Doc 1    Filed 08/01/25    Ent. 08/01/25 20:20:45    Pg. 5 of 11

Fill in this information to identify the case:
Debtor name: **Clever Being, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 60519 City of Industry, CA 91716-0519 | | Credit Card | | | | $10,711.00 |
| Amur Equipment Finance 304 West 3rd Street P.O. Box 2555 Grand Island, NE 68801 | | Loan | | $24,477.00 | $0.00 | $24,477.00 |
| Bay First Financial 700 Central Ave. Mail Code 206 Saint Petersburg, FL 33701 | | Loan - SBA | | | | $144,577.00 |
| BECU P.O. Box 84707 Seattle, WA 98124 | | Credit Card | | | | $4,682.00 |
| Capital One P.O. Box 60519 City of Industry, CA 91716-0519 | | Credit Card | | | | $33,141.00 |
| Chase P.O. Box 1423 Charlotte, NC 28201-1423 | | Credit Card | | | | $11,785.00 |
| ESK Advisors 1412 112th Ave. NE, Suite 150 Bellevue, WA 98004 | | Services Provided | | | | $2,733.00 |
| IRS Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346 | | Payroll Tax | | | | $20,876.00 |

| Debtor | Clever Being, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Key Bank**<br>P.O. Box 94525<br>Cleveland, OH 44101-5250 | | **Loan - SBA** | | $257,637.00 | $0.00 | $257,637.00 |
| **Key Bank**<br>P.O. Box 94525<br>Cleveland, OH 44101 | | **Line of Credit** | | $99,989.00 | $0.00 | $99,989.00 |
| **Key Bank**<br>P.O. Box 89446<br>Cleveland, OH 44101-6446 | | **Credit Card** | | | | $54,856.00 |
| **On Deck Line of Credit**<br>Attn: Director of Operations<br>4700 West Daybreak Pkwy, #200<br>South Jordan, UT 84009 | | **Loan** | | | | $19,081.00 |
| **Shell Fleet Services**<br>P.O. Box 6254<br>Sioux Falls, SD 57117 | | **Gas Card** | | | | $1,500.00 |
| **Site One Landscape Supply**<br>300 Colonial Center Pky<br>Suite 600<br>Roswell, GA 30076 | | **Vendor** | | | | $4,300.00 |
| **WA Department of Revenue**<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121 | | **Sales Tax** | | | | $4,187.00 |

AMERICAN EXPRESS
P.O. BOX 60519
CITY OF INDUSTRY, CA 91716-0519

AMUR EQUIPMENT FINANCE
304 WEST 3RD STREET
P.O. BOX 2555
GRAND ISLAND, NE 68801

ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104

BAY FIRST FINANCIAL
700 CENTRAL AVE.
MAIL CODE 206
SAINT PETERSBURG, FL 33701

BECU
P.O. BOX 84707
SEATTLE, WA 98124

CAPITAL ONE
P.O. BOX 60519
CITY OF INDUSTRY, CA 91716-0519

CHASE
P.O. BOX 1423
CHARLOTTE, NC 28201-1423

ERIC & KRISTIN WAKS
2579 CRESTMONT PL W
SEATTLE, WA 98178

ESK ADVISORS
1412 112TH AVE. NE, SUITE 150
BELLEVUE, WA 98004

IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

```
KEY BANK
P.O. BOX 94525
CLEVELAND, OH 44101-5250


KEY BANK
P.O. BOX 94525
CLEVELAND, OH 44101


KEY BANK
P.O. BOX 89446
CLEVELAND, OH 44101-6446


ON DECK LINE OF CREDIT
ATTN: DIRECTOR OF OPERATIONS
4700 WEST DAYBREAK PKWY, #200
SOUTH JORDAN, UT 84009


SEAPHX TT, LLC
C/O BKM CAPITAL PARTNER, LLC
1701 QUAIL STREET, SUITE 100
NEWPORT BEACH, CA 92660


SHELL FLEET SERVICES
P.O. BOX 6254
SIOUX FALLS, SD 57117


SITE ONE LANDSCAPE SUPPLY
300 COLONIAL CENTER PKY
SUITE 600
ROSWELL, GA 30076


UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA DEPT OF L & I
BANKRUPTCY UNIT
P.O. BOX 44171
OLYMPIA, WA 98504
```

WA EMPLOYMENT SECURITY DEPT
P.O. BOX 9046
OLYMPIA, WA 98507-9046

In re **Clever Being, LLC**　　　　　　　　　　　　　　　　Case No.　_____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter　**11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Clever Being, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 1, 2025** | **/s/ Jennifer L. Neeleman** |
| Date | **Jennifer L. Neeleman 37374** |
| | Signature of Attorney or Litigant |
| | Counsel for **Clever Being, LLC** |
| | **Neeleman Law Group, P.C.** |
| | **1403 8th Street** |
| | **Marysville, WA 98270** |
| | **(425) 212-4800 Fax:(425) 212-4802** |
| | **courtmail@expresslaw.com** |